**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Dekker,<br><br>        Plaintiff,<br><br>vs.<br><br>Maricopa County, et al.,<br><br>        Defendants. | No. CIV 04-0006-PHX-MHM (DKD)<br><br>**ORDER** |

Defendants, through counsel, having filed a Motion to Stay Deadlines including the deadline to file the Joint Pretrial Order, pending the Court's ruling on Defendants' Motion for Summary Judgment filed on October 6, 2005, and good cause appearing;

**IT IS ORDERED** granting Defendants' Motion to Stay Deadlines (Doc. #16).

**IT IS FURTHER ORDERED** staying all deadlines in this matter, including the deadline to file the parties Joint Pretrial Order.

**IT IS FURTHER ORDERED** the deadline for the parties to file the Joint Pretrial Order be extended until ten days after the Court's ruling on the Defendants' Motion for Summary Judgment, in the event that the Motion is denied.

DATED this 29th day of November, 2005.

David K. Duncan
United States Magistrate Judge